UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJIT SINGH, | Case No. 1:26-cv-01001-CDB |
| Plaintiff, | ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT |
| v. | |
| JOSEPH B. EDLOW, *et al.*, | (Doc. 6) |
| Defendants. | ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |

Plaintiff Manjit Singh ("Plaintiff") initiated this action with the filing of a complaint on February 5, 2026, against Defendants Joseph B. Edlow and the United States Citizenship and Immigration Services. (Doc. 1).

On April 8, 2026, the parties filed a joint stipulated request to extend the time for Defendants to respond to the complaint. (Doc. 6). The parties represent that they are "working together to attempt to moot this case without further intervention from the Court but require additional time." *Id.* at 2. The parties request an extension of time for Defendants to respond to the complaint, to June 15, 2026, and continuation of other deadlines and conferences. *Id.*

In light of the parties' representations, the Court will extend the deadline for Defendants to respond to the complaint and continue the initial scheduling conference.

///

**Conclusion and Order**

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Defendants shall file their responses to Plaintiff's complaint no later than **June 15, 2026**.

2. The scheduling conference set for May 6, 2026, is continued to **July 6, 2026, at 9:30 a.m.**

3. As previously directed (Doc. 3), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:    **April 9, 2026**                                 _____

UNITED STATES MAGISTRATE JUDGE

2